IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A.C., | : |
|     **Plaintiff,** | :    Case No. 2:20-cv-5966 |
| v. | :    CHIEF JUDGE ALGENON L. MARBLEY |
| BEST BUY STORES, LP, et al., | :    Chief Magistrate Judge Deavers |
|     **Defendants.** | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's August 31, 2021, Report and Recommendation which recommended that this Court dismiss Plaintiff's claims against Defendant Caleb North without prejudice. (ECF No. 18).

The Report and Recommendation specifically advised the parties that the failure to object within the applicable time period results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 3).

This Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (ECF No. 18). This Court hereby **DISMISSES** the Plaintiff's claims against Defendant Caleb North **WITHOUT PREJUDICE**.

    IT IS SO ORDERED.

                                                                    ALGENON L. MARBLEY
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** September 28, 2021